In the Matter of the Claim of FRÉIDA HOCKE, Respondent, against EMDEE MANAGEMENT CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued November 21, 1935; decided December 10, 1935.)

*Seymour Joseph* and *Walter B. Herendeen* for appellants.
*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and CROUCH, JJ. Not sitting: O'BRIEN, J.